UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

```
HARRY P. HEADLEY,                  :
                                   :
         Plaintiff                 :
      vs.                          :   CIVIL NO. 1:07-CV-1553
                                   :
                                   :   (Judge Caldwell)
CHRISTY ULRICH,                    :
DAVID MILLIGAN, and                :   (Magistrate Judge Blewitt)
PENNSYLVANIA BOARD OF              :
PROBATION AND PAROLE,              :
                                   :
         Defendants                :
```

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 19, 2007, an order was entered which granted plaintiff's request for an extension of time to file objections to the Report and Recommendation filed by Magistrate Judge Blewitt.  The order required that objections be filed by December 3, 2007, but no objections have been filed.

It is therefore Ordered that the aforesaid Report and Recommendation of Magistrate Judge Blewitt, filed October 25, 2007, and upon independent review of the record, it is ordered that said Report (doc. 8) is approved.  In accordance with the recommendation in said Report, it is further Ordered that plaintiff's complaint is dismissed.

The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge

Date: December 11, 2007